

The indictment is regular and regularly presented. The facts heard are not before this court; nor is there complaint by bill of exceptions of any ruling of the trial court.

The judgment is affirmed.

**John BAKER v. STATE.**
No. 13360.

Court of Criminal Appeals of Texas.
March 5, 1930.

Tipps & Puckitt and Chaney & Parmeter, all of Dallas, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for forgery; punishment being two years in the penitentiary.

We find in the record neither statement of facts nor bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.

**John BAKER v. STATE.**
No. 13362.

Court of Criminal Appeals of Texas.
March 5, 1930.

Tipps & Puckitt and Chaney & Parmeter, all of Dallas, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for passing a forged instrument; punishment being two years in the penitentiary. The record is here without statement of facts or bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.

**Louis ENDERLE v. STATE.**
No. 12968.

Court of Criminal Appeals of Texas.
March 5, 1930.

W. B. Green, of Gonzales, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

**John BAKER v. STATE.**
No. 13361.

Court of Criminal Appeals of Texas.
March 5, 1930.

Tipps & Puckitt and Chaney & Parmeter, all of Dallas, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.

Passing a forged instrument is the offense, as denounced by article 982, P. C. 1925; punishment fixed at confinement in the penitentiary for a period of two years.

LATTIMORE, J.

Conviction for being a delinquent child; punishment, four years and eleven months in the Boys' Training School at Gatesville, Tex.

Appellant was indicted for an assault to murder, and, it being ascertained by the court that he was under 17 years of age, the case was transferred to the juvenile docket, and appellant there entered his plea of guilty. The trial court heard evidence, and submitted the matter to a jury, which returned the verdict above mentioned, upon which judgment was entered. There are no bills of exception or statement of facts in the record.

The judgment will be affirmed.